UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. RICHMOND,<br><br>     Plaintiff,<br><br>     v.<br><br>GENE DANA, Kittitas County Sherriff; PAULA HOCTOR, Kittitas County Jail Commander,<br><br>     Defendants. | No. 1:15-cv-03147-SAB<br><br>**ORDER ALLOWING VIEWING OF DISCOVERY AND DENYING MOTION TO RECONSIDER** |

     The Court held a telephonic status conference on this matter on November 1, 2016 at 2:00 p.m. Plaintiff appeared pro se, and Heather Yakely appeared on behalf of Defendants. The Court heard the parties on the discovery issue of authorization for Plaintiff to view approximately 38 compact disks containing discovery video footage. The Court hereby **orders** that Plaintiff be allowed to view these disks on a computer in the prison library; otherwise Plaintiff would be denied his right to adequately prepare for trial and pretrial hearings.

     The Court also heard argument on Plaintiff's Motion to Reconsider Appointment of Counsel, ECF No. 58. Because there has been no intervening change in the law or no new facts alleged, the Court **denies** the motion. *See Walker v. Carnival Cruise Lines*, 107 F. Supp. 2d 1135, 1138 (N.D. Cal. 2000).

//

**ORDER ALLOWING VIEWING OF DISCOVERY . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Reconsider Appointment of Counsel, ECF No. 58, is **DENIED**.

2. The Court hereby **ORDERS** that Plaintiff be allowed to view the 38 compact disks previously produced in discovery using a computer in the prison library.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and to pro se Plaintiff.

**DATED** this 2nd day of November, 2016.



                    Stanley A. Bastian
                United States District Judge

**ORDER ALLOWING VIEWING OF DISCOVERY . . . ^ 2**