FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. RICHMOND,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PAULA HOCTOR, Kittitas County Jail Commander,<br><br>　　　　Defendant. | No. 1:15-CV-03147-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Order for Dismissal With Prejudice and Without Costs to Any Party, ECF No. 165. The motion was considered without oral argument. The parties have reached a settlement and stipulate that the Court dismiss this case with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court finds good cause to grant the motion.

Accordingly, **IT IS ORDERED:**

 1. The parties' Stipulated Motion for Order for Dismissal With Prejudice and Without Costs to Any Party, ECF No. 165, is **GRANTED**.

 2. This case is **DISMISSED with prejudice** and **without costs** to either party.

 3. The trial date and all pending pretrial deadlines are **stricken as moot**.

//

**ORDER DISMISSING CASE** * 1

1    4. Pending motions, if any, are **denied as moot**.

2    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

3 this Order, provide copies to counsel, and **close** the file.

4    **DATED** this 1st day of September 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE * 2**